Argued and submitted December 7, ballot title certified December 16, 1999

Rod HARDER
and H. Joseph Colver,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General
for the State of Oregon,
*Respondent,*

*and*

Elizabeth FURSE
and Jennifer Kirkpatrick,
*Intervenors.*

(SC S46923)

Roger COLLIS,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General
for the State of Oregon,
*Respondent,*

*and*

Elizabeth FURSE
and Jennifer Kirkpatrick,
*Intervenors.*

(SC S46924)
(Cases Consolidated for Argument and Opinion)

992 P2d 450

John A. DiLorenzo, Jr., Portland, argued the cause for petitioners Rod Harder and H. Joseph Colver. With him on the petition were Aaron K. Stuckey, and Hagen, Dye, Hirschy & DiLorenzo, P. C., Portland.

James M. Brown, of Enfield Brown Collins & Knivila, Salem, argued the cause and filed the petition for petitioner Roger Collis.

Robert B. Rocklin, Assistant Attorney General, Salem, argued the cause for respondent. With him on the answering memoranda were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Jacob Tanzer, Portland, argued the cause and filed the memoranda for intervenors.

PER CURIAM

## PER CURIAM

These two ballot title review proceedings, which have been consolidated for the purposes of argument and opinion, are brought under ORS 250.085(2). Petitioners are electors who timely submitted written comments concerning the content of the draft ballot title submitted to the Secretary of State and who therefore are entitled to seek review of the ballot title certified by the Attorney General. *See* ORS 250.085(2) (setting that requirement).

We have considered each of petitioners' arguments concerning the ballot title certified by the Attorney General. We conclude that none establishes that the Attorney General's certified ballot title fails substantially to comply with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d) (1997). Accordingly, we certify to the Secretary of State the following ballot title:

BANS BODY-GRIPPING ANIMAL TRAPS, SOME
POISONS; RESTRICTS FUR COMMERCE

RESULT OF "YES" VOTE: "Yes" vote bans: body-gripping traps, commerce in fur from such trapping, certain animal poisons.

RESULT OF "NO" VOTE: "No" vote rejects ban on: body-gripping traps, related commerce in fur, certain animal poisons.

SUMMARY: Prohibits use of steel-jawed leghold traps and other body-gripping traps to capture mammals. Prohibits sale, purchase, barter, exchange of raw fur from mammal trapped in such traps in Oregon. Allows use of specified types of traps for protection of health and safety, animal control, research, and protection of endangered species if permit obtained from Oregon Fish and Wildlife Department. Prohibits use of sodium fluoroacetate, also known as Compound 1080, or sodium cyanide, to poison or attempt to poison any animal. Penalties for violations.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).